UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARAY DONELL LEVINE,

    Petitioner,

v.                                    Case No.  3:25-cv-1323-TKW-MJF

RICKY DIXON,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 16) and Petitioner's objections (Doc. 17).  No response to the objections is needed.

The Court reviewed the issues raised in the objections de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination Petitioner's amended §2254 habeas petition should be dismissed because it is time-barred.  Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Respondent's motion to dismiss (Doc. 11) is **GRANTED**.

3. Petitioner's amended §2254 habeas petition (Doc. 6) is **DISMISSED with prejudice** because it is time-barred.

4. A certificate of appealability is **DENIED**.

5. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 2nd day of March, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**